

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00230-CV

ALBERT THATCHER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law
McLennan County, Texas
Trial Court No. 20200673CV1, Honorable Vikram Deivanayagam, Judge Presiding

September 16, 2020

## ORDER OF ABATEMENT AND REMAND

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Albert Thatcher, proceeding pro se, appeals from the trial court's *Order to Authorize Psychoactive Medication*. We remand the cause to the trial court for further proceedings.

In July of 2020, Appellee, the State of Texas, filed an application in the trial court seeking a court-ordered medical examination of Thatcher and an order authorizing the administration of psychoactive medication. TEX. HEALTH & SAFETY CODE ANN. § 574.106 (West 2017). According to the application, Thatcher was indicted for aggravated assault

with a deadly weapon in the 19th District Court of McLennan County, found incompetent to stand trial, was being held in McLennan County Jail awaiting transfer to a facility for competency restoration services, and was refusing to take his psychoactive medication. Following a medical examination of Thatcher, the trial court entered an order authorizing the McLennan County Jail to administer the medication.

Under Section 574.106 of the Health and Safety Code, a court with probate jurisdiction may issue an order authorizing the administration of psychoactive medication to a patient who is under court order to receive inpatient mental health services or is in custody awaiting a criminal proceeding and was ordered to receive inpatient mental health services in the preceding six months. The patient is entitled to representation by court-appointed counsel after an application for an order authorizing the administration of psychoactive medication has been filed and may appeal an order authorizing the administration of psychoactive medication to a court of appeals. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 574.105, 574.108(a), 574.070 (West 2017).

The record indicates that Mr. Alan Bennett represented Thatcher in the trial court proceedings. Thatcher, however, filed his notice of appeal pro se. After the appellate record was filed, the appeal was transferred from the Tenth Court of Appeals to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). On September 4, 2020, Mr. Bennett notified this Court that he did not represent Thatcher in this appeal but only represented Thatcher in his criminal case.

Because Thatcher is without appellate counsel, we abate the appeal and remand the cause to the trial court to appoint counsel pursuant to Section 574.105 of the Health

2

and Safety Code. The name, address, e-mail address, telephone number, and state bar number of appointed counsel shall be provided in an order of the trial court. A supplemental clerk's record containing the order shall be filed with the Clerk of this Court on or before October 16, 2020.

It is so ordered.

Per Curiam